**Order entered December 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01118-CR

### GONZALO HERNANDEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-52654-Y

## ORDER

Because the Dallas County Clerk has failed to comply with our October 11, 2013 order to file a supplemental clerk's record containing a certified, signed, and detailed itemization of the costs assessed in this case, we again **ORDER** the Dallas County District Clerk to file the supplemental record. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001 (West 2006) ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost, *signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost."*) (emphasis added); 1003.006 ("If a criminal action or proceeding . . . is appealed, an officer of the court *shall certify and sign* a bill of costs stating the costs that have accrued and send the bill of cost to the court to which the action or proceeding is . . . appealed.") (emphasis added). The Dallas County District Clerk **shall file the**

**supplemental record no later than January 13, 2014.** *If the record is not filed by that date, we will utilize the available remedies to obtain the record, which may include ordering the Dallas County Clerk to show cause why he should not be held in contempt for failure to comply with this Court's orders.*

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.

/Jim Moseley/
JIM MOSELEY
PRESIDING JUSTICE